UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 27 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Derwin S. Pope, | ) |
|     Petitioner, | ) ) ) |
| v. | )   Civil Action No.  **08 1492** |
| United States of America, *et al.*, | ) ) ) |
|     Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 20 day of August 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

/s/ Rosemary M. Collyer
United States District Judge